**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3: 22- mj-336 |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | |
| | : | |
| JAYON EVERETT PERRIN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Defendant, on February 27, 2023, and with the advice of counsel, knowingly, intelligently, and voluntarily waived the preliminary examination.  Based on the affidavit filed in support of the criminal complaint, the Court finds there is probable cause to believe Defendant committed the offense(s) alleged in the complaint and orders that Defendant be bound over to the Grand Jury to answer to the charge(s).

**IT IS SO ORDERED.**

February 28, 2023                          *s/Peter B. Silvain, Jr.*
                                           Peter B. Silvain, Jr.
                                           United States Magistrate Judge